# 1086

■ BLANCHE SIEKIERSKI et al., Appellants, v. RALPH J. DERLETH et al., Respondents.— Appeal dismissed unless records and briefs are filed and served on or before October 28, 1960. Respondent's brief must be filed on or before November 17, 1960 if appeal is to be argued at November 1960 Term of court.

■ ANNAMARIE SWANSON, as Administrator of the Estate of HAROLD S. SWANSON, Deceased, Appellant, v. EVANS OILS, INC., et al., Respondents.— Motion granted on condition respondent's brief is served and filed on or before October 24, 1960.

■ BERNICE LANE, Appellant, v. EPSTEIN'S EDCO PROCESS DRY CLEANERS CO., INC., et al., Respondents.— Motion granted to prosecute appeal on typewritten papers; appeal dismissed unless records and briefs are filed and served on or before November 3, 1960. Respondent's brief must be filed on or before November 17, 1960 if appeal is to be argued at November 1960 Term.

■ ANTOINETTE ALBANESE, Respondent, v. VILLAGE OF MANLIUS, Appellant, et al., Defendants.— Motion granted and order dismissing appeal vacated, on condition that appellant file a demand for respondent's brief, with proof of service thereof, on or before November 2, 1960.

■ AUTO-LAND, INC., Appellant, v. CITROEN CARS CORP., Respondent. CITROEN CARS CORP., Respondent, v. AUTO-LAND, INC., Appellant.— Appeal from order entered May 24, 1960 dismissed for failure to comply with previous order, with $10 motion costs.

■ AUTO-LAND, INC., Appellant, v. CITROEN CARS CORP., Respondent. CITROEN CARS CORP., Respondent, v. AUTO-LAND, INC., Appellant.— Stay granted pending the hearing and determination of the appeal from the resettled order of NEVINS, J., on condition that there be prompt prosecution of the appeal.

■ JESSIE E. BARNES, Respondent, v. WILLIE BARNES, Appellant.— Application granted to extend time for perfecting appeal, on condition that a demand for respondent's brief, with proof of service thereof, is filed on or before November 2, 1960.

■ JAMES C. HEANEY, Respondent, v. EDWARD LETCHWORTH et al., Appellants.— Application for the time for defendants to answer amended complaint extended to 15 days after the entry in this court of an order deciding the appeal in the action, and stay granted for same period of time upon condition that records and appellant's briefs be filed and served on or before November 2, 1960.

■ JAMES A. HUGHES, Appellant, v. MELVIN BEECHER, Respondent.— Motion granted and order dismissing appeal vacated on condition that appellant's brief is filed on or before November 2, 1960, and a demand for respondent's brief is filed by November 12, 1960.

■ LOVELY BOYD, Appellant, v. STATE OF NEW YORK, Respondent.— Motion granted to prosecute appeal on typewritten papers, and otherwise denied.

■ ERIE COUNTY BOARD OF SOCIAL WELFARE, Respondent, v. STUART JOHNSON, Appellant.— Appellant's motion to file five typewritten copies of brief granted, on condition such brief is filed and served on or before November 2, 1960. Respondent's motion granted and time for filing and serving brief extended to November 17, 1960.

■ VIRGINIA BROMLEY, Appellant, v. STATE OF NEW YORK, Respondent.— Motion granted to prosecute appeal on typewritten papers, and otherwise denied.

■ ALFRED S. GANGLOFF et al., Respondents, v. DONALD H. BROWN, Appellant.— Motion to dismiss appeal denied, it appearing that the records and all briefs are on file, and case added to the calendar for the November Term of court.